1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

### EASTERN DISTRICT OF CALIFORNIA

8

9 | CHRISTOPHER WILSON,

10 |        Plaintiff,

11 |   v.

12 | CAMPBELL, et al.,

13 |        Defendants.

**Case No.  1:16-cv-00534-SKO (PC)**

**ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF INVESTIGATOR**

**(Doc. 11)**

14

15

16

      Plaintiff, Christopher Wilson, is a prisoner in the custody of the California Department of

17

Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding *pro se* and *in forma pauperis* in

18

this civil rights action pursuant to 42 U.S.C. § 1983 on claims of excessive force in violation of

19

the Eight Amendment against Correctional Officers T. Campbell and Michelle Miller.

20

      On March 10, 2017, Plaintiff filed a motion requesting appointment of an investigator to

21

assist him.  (Doc. 11.)  Plaintiff contends that, although he has forms approving his request to

22

correspond with material inmate witnesses at other facilities, his correspondence is returned

23

indicating that no approvals are on file.  (*Id.*)

24

      "'[T]he expenditure of public funds [on behalf of an indigent litigant] is proper only when

25

authorized by Congress. . . .'" *Tedder v. Odel*, 890 F.2d 210, 211-12 (9th Cir. 1989) (quoting

26

*United States v. MacCollum*, 426 U.S. 317, 321 (1976)).  There is no provision for the

27

appointment of an investigator to contact witnesses for Plaintiff.  However, the Wardens and

28

Litigation Coordinators at Plaintiff's facility (Kern Valley State Prison) and at the facilities where

his witnesses are housed (California State Prison in Lancaster, California Rehabilitation Center in Norco, and Mule Creek State Prison in Ione) are requested to look into the matter and facilitate Plaintiff's correspondence with inmate witnesses.[1]

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for an investigator, filed March 10, 2017, (Doc. 11), is DENIED.  The Clerk's Office is directed to forward a copy of this order and Plaintiff's motion to the Warden offices and to Litigation Coordinators at Kern Valley State Prison, California State Prison in Lancaster, California Rehabilitation Center in Norco, and Mule Creek State Prison in Ione, to facilitate Plaintiff's correspondence with his inmate witnesses.


IT IS SO ORDERED.

Dated:   **July 26, 2017**                              /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] How access is best facilitated in light of Plaintiff's housing status and other custody or classification factors is left to the sound discretion of prison officials.

2