# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAMPBELL, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00534-SKO<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>**(Doc. 25)**<br><br>**Deadline: September 25, 2017** |

On September 8, 2017, Defendant J. Campbell filed a motion requesting an extension of time to respond to Plaintiff's Complaint up to and including September 25, 2017.

Good cause having been presented, it is HEREBY ORDERED that Defendant Campbell's motion for the extension of time to file a response to Plaintiff's Complaint (Doc. 25), is GRANTED, and Defendant Campbell SHALL file a responsive pleading on or before September 25, 2017.

IT IS SO ORDERED.

Dated: **September 11, 2017**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE