# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILSON,<br><br>           Plaintiff,<br><br>      v.<br><br>CAMPBELL, et al.,<br><br>           Defendants. | Case No. 1:16-cv-00534-SKO (PC)<br><br>**ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT J. CAMPBELL** |

      Plaintiff, Christopher Wilson, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On September 25, 2017, Defendant, Jason Campbell, filed an answer to Plaintiff's complaint. (Doc. 36.)

      Accordingly, application of the discovery and scheduling order filed on September 13, 2017, (Doc. 32), is HEREBY EXTENDED to Defendant J. Campbell.

IT IS SO ORDERED.

Dated: **October 12, 2017**                    /s/ *Sheila K. Oberto*
                                                                                 UNITED STATES MAGISTRATE JUDGE