# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER WILSON,

    Plaintiff,

v.

CAMBELL, et al.,

    Defendants.

Case No. 1:16-cv-00534-AWI-SKO (PC)

**ORDER DENYING PLAINTIFF'S MOTION FOR SUBPOENAS DUCES TECUM WITHOUT PREJUDICE**

**(Doc. 40)**

Plaintiff, Christopher Wilson, is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The Complaint (Doc. 1) has been screened pursuant to 28 U.S.C. § 1915A and found to state cognizable claims against Correctional Officers T. Cambell and Michelle Miller for excessive force in violation of the Eighth Amendment. (Docs. 10, 12, 13.) On September 13, 2017, the Discovery and Scheduling Order issued, opening discovery in this case. (Doc. 32.) On December 8, 2017, Plaintiff filed a motion requesting to be sent five (5) blank subpoenas duces tecum. (Doc. 40.)

Subject to certain requirements, Plaintiff is entitled to the issuance of a subpoena commanding the production of documents, electronically stored information, and/or tangible things from a nonparty, Fed. R. Civ. P. 45, which will be served by the United States Marshal, 28 U.S.C. 1915(d). However, the Court will consider granting such a request only if the documents or items sought from the nonparty are not equally available to Plaintiff and are not obtainable

from Defendants through a request for the production of documents, electronically stored information, and/or tangible things. Fed. R. Civ. P. 34. If Defendants object to Plaintiff's discovery request, a motion to compel is the next required step. If the Court rules that the items Plaintiff seeks are discoverable, but Defendants do not have care, custody, and control of them, Plaintiff may then seek a subpoena. Fed. R. Civ. P. 26(b), 34(a)(1). In that case, Plaintiff must identify with specificity the documents sought and from whom he seeks to obtain them. Alternatively, if the Court rules that the documents or items are not discoverable, the inquiry ends. Fed. R. Civ. P. 26(b).

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for five subpoenas duces tecum, filed on December 8 2017, (Doc. 40), is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **December 19, 2017**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE