# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILSON, <br><br> Plaintiff, <br><br> v. <br><br> CAMBELL, et al., <br><br> Defendants. | Case No. 1:16-cv-00534-AWI-SKO (PC) <br><br> **ORDER VACATING THE DISCOVERY AND SCHEDULING ORDER PENDING RESOLUTION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> **(Doc. 52)** |

Plaintiff, Christopher Wilson, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The Complaint (Doc. 1) has been screened pursuant to 28 U.S.C. § 1915A and found to state cognizable claims against Correctional Officer T. Campbell and Correctional Officer Michelle Miller for excessive force in violation of the Eighth Amendment -- upon which Plaintiff proceeds in this action. (Doc. 10).

On February 2, 2018, Defendants filed a motion seeking to vacate the Discovery and Scheduling Order pending resolution of the motion for summary judgment they filed on December 12, 2017. (Docs. 41, 52.) Good cause for the requested extension has been presented and found. Accordingly, it is HEREBY ORDERED that Defendants' motion to vacate the dispositive motion filing deadline, filed on February 2, 2018 (Doc. 52), is GRANTED.[1]

IT IS SO ORDERED.

Dated: **February 5, 2018**   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] If Defendant's motion for summary judgment does not resolve this case in its entirety, new deadlines will be set.

1